Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VASARO INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-06623-PA-PVC<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff Creative Photographers, Inc. ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 55, hereby files this response to the Court's September 5, 2024 Order to Show Cause (the "Order") [D.E. 12], and in support thereof states as follows:

1.  On August 6, 2024, Plaintiff filed its Complaint in this action.

2.  On August 14, 2024, Defendant was served with a copy of the

1

Summons and Complaint in this action.  See D.E.11.

3. Defendant's response/answer to the Complaint was due on September 4, 2024. As the docket in this action reveals, Defendant failed to file any Answer or otherwise respond to the Complaint as required by the Court.

4. Plaintiff could have moved for a clerk's default on September 5, 2024.

5. As the Court correctly notes in its Order, Plaintiff had not filed its Motion for Clerk's Default. Plaintiff apologizes for not moving for a clerk's default earlier. Accordingly, following receipt of the Order, Plaintiff has now filed its Motion for Clerk's Default. See D.E. 13.

6. Therefore, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and not dismiss this action for failure to prosecute.

Dated: September 12, 2024.                By: /s/ Lauren M. Hausman
                                                Lauren M. Hausman
                                                Attorney for Plaintiff
                                                Creative Photographers, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on September 12, 2024, the foregoing document was served via U.S. Mail to: Vasaro Inc., c/o 1505 Corporation United States Corporation Agents, Inc., 101 North Brand Blvd., Glendale, CA 91203 and via e-mail to: customerservice@vasaro.com

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.