UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-6623 PA (PVCx) | Date | September 13, 2024 |
|---|---|---|---|
| Title | Creative Photographers, Inc. v. Vasaro Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **IN CHAMBERS**

On September 12, 2024, the plaintiff filed a request for entry of default by clerk against the interests of the Defendant(s). Default by clerk was entered on September 13, 2024. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before October 15, 2024. Failure to file said dispositive motion by October 15, 2024, will result in dismissal without further notice by the Court.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | KSS |