**EXHIBIT "A"**

Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VASARO INC., <br><br> Defendant. | Civil Action No. 2:24-cv-06623-PA-PVC <br><br> **DECLARATION OF GEOFF KATZ** |

Geoff Katz does hereby declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2. I am the founder and CEO of plaintiff Creative Photographers, Inc.

1

("Plaintiff").

3. Plaintiff specializes in the licensing of high-end photography for all markets including editorial, advertising, entertainment, publishing, PR, merchandising, and all new media worldwide.

4. Plaintiff was founded in 1994 and has grown to become one the leading photo agencies today with a deep global reach and successful placements worldwide. CPI works closely with its photographers in establishing an overall strategy which includes the placements and securing of appropriate approvals.

5. Plaintiff has excellent relationships with all publicists, managers and agents which help to facilitate the seamless approval process while simultaneously maintaining a high level of service in all aspects.

6. Plaintiff serves as the exclusive licensing agent for the numerous professional photographers whose work Plaintiff represents, including but not limited to the work at issue in this lawsuit.

7. Jonny Marlow is one of many photographers represented by Plaintiff.

8. Jonny Marlow is a professional entertainment and fashion photographer who is currently residing in Los Angelos, California. Mr. Marlow is dedicated to taking headshots for industry professionals. Mr. Marlow is well known for his published work in magazines such as Vanity Fair, GQ, Instyle, Esquire, V, and People.

9. In 2021, Mr. Marlow took a professional photograph of actress Jenna Ortega titled "300_Jenna_Ortega_Spec_1362" (the "Work"). A copy of the Work is displayed below:



10. The Work was registered by Mr. Marlow with the Register of Copyrights on January 10, 2023 and was assigned Registration No. VA 2-335-437. A true and correct copy of the Certificate of Registration pertaining to the Work is attached to the Complaint as Exhibit "A" thereto.

11. Mr. Marlow is the owner of the Work and has remained the owner at all times material hereto. For all times relevant to this action, Plaintiff and the above-named photographer(s) were parties to one or more written agreements whereby such photographer(s) conveyed to Plaintiff certain exclusive rights in the Work, including but not limited to the exclusive right to reproduce the Work in

copies and the exclusive right to distribute copies of the Work to the public by sale and/or licensing. Such written agreement(s) likewise convey the exclusive right to pursue any infringements of the Work, whether such infringements arose prior to execution of the written agreement(s) or thereafter. As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

12. Through Plaintiff's ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendant's unauthorized use/display of the Work in July 2023. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of their respective Work.

13. The ability of Defendant to reproduce, modify, distribute and display Plaintiff's photography for Defendant's own commercial benefit without compensation to Plaintiff greatly impairs the market value of the photographs since others competing with that business, or in related business areas, will not want to obtain a license to Plaintiff's work if they are already associated with a competing business. Similarly, potential licensees of Plaintiff's copyrighted photographs will not want to pay Plaintiff's annual license fees for the entirety of Plaintiff's library if they see other commercial enterprises taking and using Plaintiff's photographs for their own commercial purposes without paying any fee at all.

14. Mr. Marlow's works are highly valuable and command substantial license fees. A sampling of a commercial license agreements involving Mr. Marlow's work are summarized below. These license terms are typical of Mr. Marlow's professional celebrity photographs such as the one at issue herein:

| License Date | Description | License Amount | Usage Length |
|---|---|---|---|
| August 17, 2022 | Photograph of Lisa Rinna and Harry Hamlin | $2,250.00 | Image Used in TV series of The Real Housewives as a cutaway – One Image used in One Episode |
| December 23, 2023 | Photographs of L. Rinna and H. Hamlin | $4,500.00 | Usage on a magazine cover and inside magazine |

15. True and correct copies of the foregoing licenses are attached hereto as **Composite Exhibit "1."**

16. The article including the Work was published on Defendant's website at least as early as February 15, 2023. Mr. Marlow does not prorate his work. As Defendant failed to participate in discovery, Plaintiff has no way to determine how long the Work was published for. Given the use at issue here, Plaintiff would not have licensed the Work for less than $2,500.00 per year. Because Defendant displayed the work from at least February 15, 2023, assuming the Work was only

published for one (1) year, Defendant would owe Plaintiff at least 1x annual licensing fees in a total amount of $2,500.00 in actual damages.

17. The Work has lost significant value resulting from Defendant's infringement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 10/15/2024 .

*Geoffrey Katz*
ID 1cdb87dN9rzow2mmDzcpsSxP
_____

Geoff Katz

## eSignature Details

**Signer ID:** **1cdb87dN9rzow2mmDzcpsSxP**
Signed by: Creative Photographers Inc. (CPI) Katz
Sent to email: geoff@cpi-ny.com
IP Address: 104.28.76.236
Signed at: Oct 15 2024, 7:29 pm EDT

**COMPOSITE EXHIBIT "1"**

# Creative Photographers inc.

22 WEST 23RD STREET
3RD FLOOR
NEW YORK, NY 10010

Tel: (212) 683-1455

# Invoice

| DATE | INVOICE# |
|---|---|
| 8/8/2022 | A29455 |

BILL TO:



| FILE AS | TERMS | DUE DATE | REP |
|---|---|---|---|
|  | Due on receipt | 8/8/2022 | GK |

| DESCRIPTION | LICENSE# | AMOUNT |
|---|---|---|
| Subject:   Lisa Rinna and Harry Hamlin<br>Photographer:   Jonny Marlow / CPi Syndication<br>Air Date: Aug 17th 2022<br><br>Agreed Fee |  | 2,250.00 |
| Usage / Rights<br>1 image used for 1 episode of the TV series of The Real Housewives of Beverly Hills as a cutaway when the People magazine shoot is dicussed<br>No advt / promo usage granted |  |  |

PLEASE WIRE THE MONEY IN US DOLLARS DIRECTLY TO:
JPMORGAN CHASE BANK
4 NEW YORK PLAZA
NEW YORK NY 10004

ACCOUNT NAME: CREATIVE PHOTOGRAPHERS INC
ACCOUNT#: 007052391
SWIFT#: CHASUS33
ABA#: 021000021

FED ID# ▮▮▮▮▮ - LICENSE IS ONLY GRANTED WHEN INVOICE HAS BEEN PAID IN FULL

| EIN | Balance Due | USD 0.00 |
|---|---|---|

# Creative Photographers inc.

22 WEST 23RD STREET
3RD FLOOR
NEW YORK, NY 10010

# Invoice

| DATE | INVOICE# |
|---|---|
| 12/12/2023 | **A29693** |



**BILL TO:**

| FILE AS | TERMS | DUE DATE | REP |
|---|---|---|---|
|  | Due on receipt | 12/12/2023 | GK |

| DESCRIPTION | LICENSE# | AMOUNT |
|---|---|---|
| (2) Images L. Rinna and H. Hamlin by Jonny Marlow cover, and inside image for |  | 4,500.00 |
| Image number: 1193320, 1193322 |  |  |
| CREDIT TO READ: CPI SYNDICATION |  |  |
| NO PHOTOGRAPHER CREDIT |  |  |
| Scan Fee (2) images @ $250 each |  | 500.00 |

PLEASE WIRE THE MONEY IN US DOLLARS DIRECTLY TO:
JPMORGAN CHASE BANK
4 NEW YORK PLAZA
NEW YORK NY 10004

ACCOUNT NAME: CREATIVE PHOTOGRAPHERS INC
ACCOUNT#: 007052391
SWIFT#: CHASUS33
ABA#: 021000021

| ID # | EIN | Balance Due | USD 0.00 |
|---|---|---|---|