**EXHIBIT "B"**

Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASARO INC., <br><br> Defendant. | Civil Action No. 2:24-cv-06623-PA-PVC <br><br> **DECLARATION OF LAUREN M. HAUSMAN** |

Lauren Hausman does hereby declare pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and otherwise competent to testify.

2. I submit this declaration in support of plaintiff Creative Photographers, Inc.'s ("Plaintiff") Motion for Default Final Judgment against defendant Vasaro, Inc. ("Defendant"). This declaration and the facts stated herein are based upon my personal knowledge.

1

3. On August 6, 2024, Plaintiff filed its Complaint in this action. The Complaint contains one count of copyright infringement against Defendant. See D.E. 1.

4. On August 14, 2024, Defendant was served with a copy of the Summons and Complaint in this action. See D.E.11.

5. Defendant's response/answer to the Complaint was due on September 4, 2024.

6. On September 12, 2024 (following expiration of Defendant's response deadline), Plaintiff filed its Motion for Clerk's Default. See D.E. 13.

7. On September 13, 2024, the Clerk entered a Clerk's Default against Defendant. See D.E. 15.

8. Defendant is not an infant or incompetent person, and is not represented by a general guardian, committee, conservator or other representative.

9. The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply.

10. The purpose of this declaration is also to memorialize the fees for costs and expenses provided by CopyCat Legal in the above-captioned case through the present date.

11. I have been a member in good standing of the Florida Bar since 2022, and the California Bar since 2023.  I am an associate of the law firm CopyCat Legal

PLLC ("CopyCat Legal"), which has provided legal services to Plaintiff in this action throughout the pendency of this action.

12. I am a 2021 graduate of the Elon University School of Law, *magna cum laude*, and am admitted to the Florida Bar and the California Bar. I am likewise admitted to several federal courts throughout the country, including: (a) the United States District Court for the Southern District of Florida; (b) the United States District Court for the Middle District of Florida; (c) the United States District Court for the District of New Mexico; (d) the United States District Court for the Northern District of California; (e) the United States District Court for the Southern District of California; (f) the United States District Court for the Central District of California; (g) the United States District Court for the Eastern District of California; and (h) the United States District Court for the Eastern District of Missouri.

13. Prior to starting with CopyCat Legal in 2022, I interned with the Florida State Attorney's Office for the Seventeenth Judicial District, volunteered as a student attorney in the Elon Law Humanitarian and Immigration Law Clinic, and served as a Judicial Extern for a federal Judge for the Fourth Circuit Court of Appeals.

14. CopyCat Legal establishes standard hourly rates for services provided by its attorneys. These rates are within the range charged by other lawyers in

California and are fair and reasonable rates for this type of work.

15. I am familiar with the services provided to Plaintiff in this action and the rates charged for such work.

16. The attorneys and paralegals at CopyCat Legal record the time spent on matters contemporaneously on electronic billing software/time sheets. Each time entry includes the date the work is performed, the client and matter numbers, the time spent, and a brief description of the nature of the work performed.

17. Through the present date, I expended 7.60 hours of attorney time in prosecuting this matter on Plaintiff's behalf. This includes the time spent to investigate the alleged infringement, drafting the Complaint in this matter, drafting the Motion for Clerk's Default, attempting to contact Defendant, drafting the Motion for Entry of Default Judgment, and drafting the exhibits/supporting declarations for such motion. All of these time entries are reflected in CopyCat Legal's billing records that are being provided in connection herewith as **Exhibit "1."**

18. My billable rate for copyright/intellectual property matters at CopyCat Legal is $325.00 per hour. This rate is within the range constituting the "forum rate" generally applied by courts in the California federal courts for attorneys of similar experience. Washington v. Viacomcbs, Inc., No. 2:20-cv-00435-CBM-PJW, 2021 U.S. Dist. LEXIS 243658, at *12 (C.D. Cal. Dec. 9, 2021)

(finding the hourly rate of $415 per hour for a junior associate reasonable); See, e.g., Perfect 10, Inc. v. Giganews, Inc., No. CV 11-07098-AB SHX, 2015 WL 1746484, at *15-16 (C.D. Cal., Mar. 24, 2015) (approving hourly rates ranging from $705 to $930 for partners, $360 to $690 for associates, and $245 to $345 for paralegals and support staff); Masimo Corp. v. Tyco Health Care Group, L.P., No. CV 0204770-MRP (AJWx), 2007 U.S. Dist. LEXIS 101987 (C.D. Cal. Nov.5, 2007) (finding attorney rates ranging from $390 per hour to $1,002.96 per hour were reasonable for the Los Angeles area in 2007 — over 13 years ago); Love v. Mail on Sunday, No. CV-05-7798-ABC-PJWX, 2007 WL 2709975 (C.D. Cal. Sept. 7, 2007) (finding associate rates of $305 per hour to partner rates of $690 per hour were reasonable for the Los Angeles area in 2007 — over 13 years ago).

19.   The total amount of legal fees expended thus far by Plaintiff is $2,470.00.

20.   I am familiar with the lodestar method of determining the reasonableness of attorneys' fees.  The above-described fees are reasonable for the services provided to Plaintiff.

21.   In addition, CopyCat Legal incurred $450.00 in actual costs on Plaintiff's behalf in connection with pursuing this lawsuit, all of which is properly taxable.  Invoices for such are attached hereto as **Exhibit "1"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 15, 2024

/s/ Lauren M. Hausman

Lauren M. Hausman

**EXHIBIT "1"**



**Copycat Legal PLLC**
3111 N University Drive
Suite 310
Coral Springs, FL 33065
877-437-6228

**Creative Photographers Inc. (CPI) Katz**
135 E. 57th St 14 Floor
New York, NY 10022
United States

| | |
|---|---|
| **Balance** | $2,920.00 |
| **Invoice #** | 00192 |
| **Invoice Date** | October 15, 2024 |
| **Payment Terms** | |
| **Due Date** | |

Creative Photographers Inc. v. Vasaro Inc (CAS-121942)

**Time Entries**

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 08/02/2024 | LH | Time | researched and drafted complaint | $325.00 | 2.30 | $747.50 |
| 09/12/2024 | LH | Time | drafted and filed motion for clerk default | $325.00 | 0.30 | $97.50 |
| 09/23/2024 | LH | Time | emailed defendant regarding infringement and case status | $325.00 | 0.20 | $65.00 |
| 10/01/2024 | LH | Time | called defendant and emailed defendant in attempt to resolve case and inform them about case stage | $325.00 | 0.30 | $97.50 |
| 10/15/2024 | LH | Time | called and emailed defendant again in attempt to resolve case and inform them about case stage | $325.00 | 0.30 | $97.50 |
| 10/15/2024 | LH | Time | researched and drafted motion for default judgment, proposed order, declarations | $325.00 | 4.20 | $1,365.00 |
| | | | | Totals: | **7.60** | **$2,470.00** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 08/06/2024 | TK | Complaint Filing Fee | Complaint filed in Central District of California | $405.00 | 1.0 | $405.00 |
| 08/15/2024 | TK | Process Server | Get Em Process Servers Invoice #17058 | $45.00 | 1.0 | $45.00 |
| | | | | Expense Total: | | **$450.00** |

| | |
|---|---:|
| Time Entry Sub-Total: | $2,470.00 |
| Expense Sub-Total: | $450.00 |
| **Sub-Total:** | $2,920.00 |
| **Total:** | $2,920.00 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$2,920.00** |

# INVOICE

**Getem Process Servers**
230 E Foothill Blvd.
Arcadia, California 91006
United States

6264995099

**BILL TO**
**COPYCATLEGAL PLLC**
Tia Kelly

877-437-6228
tia@copycatlegal.com

| | |
|---|---|
| **Invoice Number:** | 17058 |
| **Invoice Date:** | August 14, 2024 |
| **Payment Due:** | August 14, 2024 |
| **Amount Due (USD):** | $0.00 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **LEGALZOOM** Routine | 1 | $45.00 | $45.00 |

|  |  |
|---|---|
| **Subtotal:** | $45.00 |
| **Total:** | $45.00 |
| Payment on August 15, 2024 using VISA ending in 9828: | $45.00 |
| **Amount Due (USD):** | $0.00 |

**Notes / Terms**
11614543
Case
2:24-cv-06623
Plaintiff
CREATIVE PHOTOGRAPHERS, INC.
Defendant
VASARO INC.

Powered by wave