Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd
Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
CREATIVE PHOTOGRAPHERS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VASARO INC., <br><br> Defendant. | Civil Action No. 2:24-cv-06623-PA-PVC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO APPEAR TELEPHONICALLY FOR THE MOTION FOR DEFAULT JUDGMENT HEARING** <br><br> DATE: Monday, November 25, 2024 <br> TIME: 1:30 p.m. <br> JUDGE: Honorable Percy Anderson <br> CTRM: 9A |

PLEASE TAKE NOTICE that, on November 25, 2024, at 1:30 p.m. plaintiff Creative Photographers, Inc. ("Plaintiff"), will move in the United States

Courthouse for the Central District of California, Western Division, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, CA 90012, pursuant to Federal Rule of Civil Procedure 55(b), for an order of final judgment by default and permanent injunction against defendant Vasaro Inc. ("Defendant").

Plaintiff, through undersigned counsel, hereby moves this Court for permission to appear telephonically or via zoom at the November 25, 2024 hearing on Plaintiff's Motion for Default Judgment and Permanent Injunction and states as follows:

1. On October 15, 2024, Plaintiff filed its Motion for Default Judgment and Permanent Injunction (the "Motion"). The Hearing on Plaintiff's Motion (the "Hearing") is scheduled for Monday, November 25, 2024 at 1:30 p.m.

2. Given Defendant's wholesale lack of response to this lawsuit and lackadaisical attitude toward multiple pre-suit efforts to communicate with it, it is not expected that Defendant will actually appear at the Hearing.

3. Because undersigned counsel resides in Southern Florida, request is hereby respectfully made that the Hearing proceed telephonically or via Zoom to accommodate undersigned counsel's current calendar and preexisting professional obligations/hearings.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (a) granting this motion and (b) allowing Plaintiff's counsel to attend the

November 25, 2024 hearing via Zoom, telephonically, or some other remote means.

Dated: October 25, 2024.                    By: /s/ Lauren M. Hausman
                                                Lauren M. Hausman
                                                Attorney for Plaintiff
                                                Creative Photographers, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on October 25, 2024, the foregoing document was served via U.S. Mail to: Vasaro Inc., c/o 1505 Corporation United States Corporation Agents, Inc., 101 North Brand Blvd., Glendale, CA 91203 and via e-mail to: customerservice@vasaro.com.

                                                /s/ Lauren M. Hausman
                                                Lauren M. Hausman, Esq.