JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., | CV 24-6623 PA (PVCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| VASARO INC., | |
| Defendant. | |

Pursuant to this Court's November 13, 2024 Minute Order granting the Motion for Default Judgment filed by plaintiff Creative Photographers, Inc. ("Plaintiff") against defendant Vasaro Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall recover from Defendant the amount of $7,920.00 (consisting of $5,000.00 in statutory damages, $2,470.00 in attorneys' fees, and $450.00 in costs); and

2. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: November 13, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE